THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL JONES, Appellant, v CHARLES BRUNELLE, as Superintendent of Wyoming Correctional Facility, Respondent. [682 NYS2d 655] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Denman, P. J., Green, Pine, Hayes and Wisner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LARKIN, Appellant. [683 NYS2d 460] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Denman, P. J., Green, Pine, Wisner and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAHAM MALDONADO, Appellant. [682 NYS2d 654] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Noonan, J.—Attempted Burglary, 2nd Degree.) Present—Denman, P. J., Green, Pine, Wisner and Balio, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MOORER, Appellant. [683 NYS2d 460] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.